# United States District Court

**LODGED**
CLERK, U.S. DISTRICT COURT
5/25/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: VAM DEPUTY

**CENTRAL**  **DISTRICT OF**  **CALIFORNIA**

**UNITED STATES OF AMERICA**
**v.**
**BRYAN VALENCIA**
**REG#: 64077-112**



FILED
CLERK, U.S. DISTRICT COURT
May 25, 2022
CENTRAL DISTRICT OF CALIFORNIA
BY: MR DEPUTY

**CRIMINAL COMPLAINT**

**CASE NUMBER:** 2:22-mj-02069-DUTY

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

On or about May 21, 2022, in Los Angeles County, in the Central District of California, defendant Bryan VALENCIA did escape from the custody of the United States Attorney General, in violation of Title 18, United States Code, Section 751. I further state that I am a Deputy U.S. Marshal and that this complaint is based on the following facts:

On or about May 21, 2022, the United States Marshals Service received information from Juan Herrera, Residential Reentry Chief Executive Officer at El Monte Center Residential Reentry Center ("RRC"), stating that VALENCIA had escaped from El Monte RRC located at 11750 Ramona Blvd., El Monte, California 91732. VALENCIA is a White male, United States Citizen, born August 22, 1986, measuring approximately 5 feet, 7 inches tall, weighing approximately 190 pounds, with black hair and brown eyes.

The institution and court records that I reviewed indicate that, on or about February 24, 2014, in the United States District Court for the Central District of California, Case No. 2:12-CR-01135-RGK-6, VALENCIA was originally sentenced to a term of 120 months imprisonment with five years of supervised release to follow for Racketeer Influenced and Corrupt Organizations Conspiracy, in violation of 18 U.S.C. § 1962 and for Conspiracy to Distribute Controlled Substances, in violation of 21 U.S.C. § 846. VALENCIA was transferred from United States Penitentiary Hazelton to El Monte RRC to serve the remainder of his sentence. VALENCIA was scheduled to be released from El Monte RRC on September 26, 2022. On May 21, 2022, at approximately 3:04 p.m. video footage observed VALENCIA walking out of the facility without authorization. As of today's date, VALENCIA has not returned to the facility. VALENCIA was placed on an escape status due to unknown whereabouts.

Continued on the attached sheet and made a part hereof: ☐Yes ☒ No

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone

/s/ Zachary J. Stellern
Signature of Complaint

Zachary J. Stellern
Deputy U.S. Marshal

May 25, 2022
Date

Pedro V. Castillo, U.S. Magistrate Judge
Name & Title of Judicial Officer

at Los Angeles, California
City and State

Signature of Judicial Officer